JS-6

PATRICK MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
CASTILLO, MORIARTY, ROBINSON
75 Southgate Avenue
Daly City, CA 94015
Telephone: (415) 213-4098

Attorneys for Defendant
CITY OF UPLAND AND DYLAN BARTLEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL FUENTEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF UPLAND, OFFICER DYLAN BARTLEY, and DOES 1-10 inclusive;<br><br>Defendants. | Case No. 5:25-cv-02915-KK-DTB<br><br>**STIPULATION RE DISMISSAL**<br><br>Judge Kenly Kiya Kato |

**ORDER**

DEFENDANTS CITY OF UPLAND AND DYLAN BARTLEYARE HEREBY DISMISSED WITH PREJUDICE, EACH PARTY TO BEAR THEIR OWN COSTS AND FEES.

IT IS SO ORDERED.

Dated: November 5, 2026

HON. KENLY KATO
UNITED STATES DISTRICT JUDGE

CASTILLO, MORIARTY, ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015